UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| Honorable Anthony W. Ishii | **RE: Mauricio Leon-Preciado** |
| Senior United States District Judge | **Docket Number:  1:14CR00262-AWI** |
| Fresno, California | **PERMISSION TO TRAVEL** |
| | **OUTSIDE THE COUNTRY** |

Your Honor:

Mauricio Leon-Preciado is requesting permission to travel to San Luis Rio Colorado, Sonora, Mexico.  Mr. Leon-Preciado is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On May 17, 2011, Mauricio Leon-Preciado was sentenced for the offense of 21 USC 952, 960, Importation of (actual) Methamphetmaine.

**Sentence Imposed:**  51 Months BOP; 4 years Supervised Release; Collection of DNA. Special Conditions: 1) Search; 2) Do not enter the Republic of Mexico without permission of Court or probation officer; 3) Report all vehicles owned or operated; 4) Participate in Drug/Alcohol treatment; 5) Participate in Drug/Alcohol testing.

**Dates and Mode of Travel:**  The offender is requesting permission to travel from February 19, 2016 through February 23, 2016.  He plans on traveling via bus line to and from Mexico.

**Purpose:**  The offender wishes to visit his mother, Asucena Leon.  The purpose of the travel is to re-establish ties with his mother. The probation officer is supportive of the travel request to strengthen family support.

**RE:** **Mauricio Leon-Preciado**
**Docket Number:  1:14CR00262-AWI**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Yasmin Villegas

YASMIN VILLEGAS
**Sr. United States Probation Officer**

Dated:   February 16, 2016
         Visalia, California
         YV

                           /s/ Lonnie E. Stockton
**REVIEWED BY:**     LONNIE E. STOCKTON
                   **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved         ☐     Disapproved

IT IS SO ORDERED.

Dated:   February 16, 2016                        _____
                                                   SENIOR  DISTRICT  JUDGE