UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii  RE:  **Mauricio Leon-Preciado**
Senior United States District Judge       Docket Number:  1:14CR00262-AWI
Fresno, California                        <u>**PERMISSION TO TRAVEL**</u>
                                          <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

Mauricio Leon-Preciado is requesting permission to travel to San Luis Rio Colorado, Sonora, Mexico.  Mr. Leon-Preciado is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On May 17, 2011, Mauricio Leon-Preciado was sentenced for the offense of 21 USC 952 and 960, Importation of Methamphetmaine.

**Sentence Imposed:**  51 Months BOP; 4 years Supervised Release; Collection of DNA. Special Conditions: 1) Search; 2) Do not enter the Republic of Mexico without permission of Court or probation officer; 3) Report all vehicles owned or operated; 4) Participate in Drug/Alcohol treatment; 5) Participate in Drug/Alcohol testing.

**Dates and Mode of Travel:**  Mr. Leon-Preciado is requesting permission to travel from his home in Corcoran, California via bus line to and from Mexico. He is requesting a 5 day travel period. He is awaiting permission from the Court prior to making travel arrangements.

**Purpose:** Mr. Leon-Preciado wishes to visit his mother, Asucena Leon.  He stated his mother is having some health issues and he would like the opportunity to visit her.  The probation officer is supportive of the travel request.

1

**RE:** **Mauricio Leon-Preciado**
**Docket Number:  1:14CR00262-AWI**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/Yasmin Villegas
YASMIN VILLEGAS
Sr. United States Probation Officer

Dated:   August 1, 2016
         Visalia, California
         YV

                         /s/Lonnie Stockton
**REVIEWED BY:**   LONNIE E. STOCKTON
                  Supervising United States Probation Officer

## ORDER OF THE COURT

☒   Approved   ☐   Disapproved

IT IS SO ORDERED.

Dated:   August 4, 2016                    _____
                                           SENIOR DISTRICT JUDGE

2