UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Mauricio Leon-Preciado**<br>**Docket Number: 1:14CR00262-AWI**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Mauricio Leon-Preciado is requesting permission to travel to San Luis Rio Colorado, Sonora, Mexico. Mr. Leon-Preciado is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 17, 2011, Mauricio Leon-Preciado was sentenced for the offense of 21 USC 952, 960, Importation of (actual) Methamphetamine.

**Sentence Imposed:** 51 Months Bureau of Prisons; 4 Years Supervised Release; Collection of DNA. Special Conditions: 1) Search; 2) Do not enter the Republic of Mexico without permission of Court or probation officer; 3) Report all vehicles owned or operated; 4) Participate in drug/alcohol treatment; 5) Participate in drug/alcohol testing.

**Dates and Mode of Travel:** The offender is requesting permission to travel from his home in Corcoran, California, via bus line to and from Mexico. He is requesting a four-day travel and is awaiting permission from the Court prior to making his travel arrangements.

**Purpose:** The offender wishes to visit his mother, Asucena Leon. He stated his mother is having some health issues and he would like the opportunity to visit with her. The probation officer is supportive of the travel request.

1

REV. 06/2015
TRAVEL ~ OUTSIDE COUNTRY_ COURT MEMO.DOTX

**RE:	Mauricio Leon-Preciado
Docket Number:  1:14CR00262-AWI
PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Yasmin Villegas
YASMIN VILLEGAS
**Sr. United States Probation Officer**

Dated:	June 8, 2017
	Visalia, California
	YV

|  | /s/ Lonnie E. Stockton |
|---|---|
| **REVIEWED BY:** | LONNIE E. STOCKTON |
|  | **Supervising United States Probation Officer** |

## ORDER OF THE COURT

☒	Approved	☐	Disapproved

IT IS SO ORDERED.

Dated:  June 8, 2017	_____
	SENIOR DISTRICT JUDGE